IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Justin Ryan Kelley                                              Case No. 25-50196-KMS
          Heather Lynn Kelley, Debtors                                             CHAPTER 13

## NOTICE

The undersigned counsel for Debtors have filed papers with the court to approve attorney's compensation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: July 22, 2025             Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             PO Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Justin Ryan Kelley                                                      Case No. 25-50196-KMS
         Heather Lynn Kelley, Debtors                                            CHAPTER 13

**SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtors, and files this *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On February 13, 2025, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtors herein did not provide a retainer.

4. Throughout our representation of the Debtors herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The Court previously approved compensation in the amount of $ 2,305.25 (Dk #28).

6. The chapter 13 Trustee has disbursed $2,020.25 on this claim as of July 21, 2025.

7. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,166.00 and expenses in the amount of $98.69 for a total of $1,264.69. A detailed accounting of which is attached hereto as Exhibit "A".

8. This is the Applicants' Second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from March 11, 2025 to July 21, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses. Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JUSTIN RYAN KELLEY<br>HEATHER LYNN KELLEY | CASE NO: 25-50196-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/22/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50196-KMS |
|---|---|
| JUSTIN RYAN KELLEY<br>HEATHER LYNN KELLEY | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/22/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING     AMERICREDIT FINANCIAL SERVICES  INC DBA   BMO BANK NA  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                GM                                        L
CASE 25-50196-KMS                    PO BOX 183853                             4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI     ARLINGTON  TX 76096-3853                  OKLAHOMA CITY  OK 73118-7901
TUE JUL 22 11-42-41 PST 2025


EXCLUDE

US BANKRUPTCY COURT                  US DEPARTMENT OF EDUCATION CO NELNET     (P)ACADIAN AMBULANCE SERVICE  INC
DAN M RUSSELL  JR US COURTHOUSE      121 S 13TH ST                             ATTN JESSE PROCTOR
2012 15TH STREET  SUITE 244          LINCOLN  NE 68508-1904                    P O BOX 98000
GULFPORT  MS 39501 2036                                                        LAFAYETTE LA 70509-8000




(P)AMERICREDIT FINANCIAL SERVICS DBA GM   AMERICREDIT FINANCIAL SERVICES  INC DBA   AMERICAN EXPRESS NATIONAL BANK
FINANCIAL                                  GM FINANCIAL                              CO BECKET AND LEE LLP
PO BOX 183853                              P O BOX 183853                            PO BOX 3001
ARLINGTON TX 76096-3853                    ARLINGTON  TX 76096-3853                  MALVERN  PA 19355-0701




AMEX                                 BMO BANK NA                               BMO BANK NA
PO BOX 981535                        AIS PORTFOLIO SERVICES  LLC               EGAN  ALAILY LLC
EL PASO  TX 79998-1535               4515 N SANTA FE AVE DEPT APS              20 S CLARK STREET  SUITE 2120
                                     OKLAHOMA CITY  OK 73118-7901              CHICAGO  IL 60603-1856




BMO HARRIS BANK                      BANK OF AMERICA                           BANK OF AMERICA  NA
ATTN BANKRUPTCY                      ATTN BANKRUPTCY                           PO BOX 673033
111 WEST MONROE ST                   4909 SAVARESE CIRCLE                      DALLAS  TX 75267-3033
CHICAGO  IL 60603-4095               TAMPA  FL 33634-2413




CITIBANK                             CITIBANK NA                               DEPARTMENT OF TREASURY  INTERNAL
PO BOX 790040                        CITIBANK  NA                              REVENUE SE
ST LOUIS  MO 63179-0040              5800 S CORPORATE PL                       PO BOX 7346
                                     SIOUX FALLS  SD  57108-5027               PHILADELPHIA  PA 19101-7346




(P)DISCOVER FINANCIAL SERVICES LLC   DISCOVER BANK                             DISCOVER FINANCIAL
PO BOX 3025                          PO BOX 3025                               ATTN BANKRUPTCY
NEW ALBANY OH 43054-3025             NEW ALBANY  OH 43054-3025                 PO BOX 3025
                                                                               NEW ALBANY  OH 43054-3025




DISCOVER PERSONAL LOANS              GM FINANCIAL                              GREENSKY CREDIT
PO BOX 30954                         801 CHERRY STREET                         ATTN BANKRUPTCY
SALT LAKE CITY  UT 84130-0954        STE 3600                                  5565 GLENRIDGE CONNECT
                                     FORT WORTH  TX 76102-6855                 STE 700
                                                                               ATLANTA  GA 30342-4796




GREENSKY INC                         HERRING GAS CO                            HILTON RESORTS CORP
P O BOX 2730                         PO BOX 544                                ATTN BANKRUPTCY
ALPHARETTA  GA 30023-2730            PURVIS  MS 39475-0544                     3575 LAS VEGAS BLVD S
                                                                               LAS VEGA  NV 89109-8919
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HILTON RESORTS CORPORATION<br>6355 METROWEST BLVD SUITE 180<br>ORLANDO FL 32835-7606 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JPMCB<br>MAILCODE LA47100<br>700 KANSAS LANE<br>MONROE LA 71203-4774 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 |
| (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ |
| (P)RECEIVABLE RECOVERY SERVICES LLC<br>ATTN ANNA MARTIN<br>110 VETERANS MEMORIAL BLVD STE 445<br>METAIRIE LA 70005-4931 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNOVUS BANK<br>ATTN BANKRUPTCY<br>1111 BAY AVENUE<br>COLUMBUS GA 31901-5218 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | (P)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 |
| EXCLUDE<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | HEATHER LYNN KELLEY<br>241 SW ROSEMARY DR<br>LAKE CITY FL 32024 | DEBTOR<br>JUSTIN RYAN KELLEY<br>541 SW ROSEMARY DR<br>LAKE CITY FL 32024-6717 |
| EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | | |