

# INVOICE

Invoice # 8114
Date: 07/21/2025
Due On: 08/20/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Justin Ryan Kelley and Heather Lynn Kelley

## 05715-Kelley Justin Ryan Kelley and Heather Lynn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 03/11/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/11/2025 | Reviewed current invoice and completed drafting 1st Application for Compensation; drafted Notice, Affidavit, and proposed Order. | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/11/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/11/2025 | Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/11/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | BM | 03/11/2025 | Review: Proof of Claim 25-50196-KMS Discover Personal Loans Document # 5 | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/12/2025 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | BB | 03/12/2025 | Contact Debtor (Text/Email): | 0.10 | $100.00 | $10.00 |

Invoice # 8114 - 07/21/2025

|  |  |  | Reviewed text from debtor inquiring if they are able to continue paying direct instead of through wage order. Drafted email memo to JC. |  |  |  |
|---|---|---|---|---|---|---|
| Service | BB | 03/12/2025 | Call Debtor: Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered questions debtor had. | 0.30 | $100.00 | $30.00 |
| Service | BB | 03/12/2025 | Debtor inquired about her student loans and home on the practice zoom meeting. Informed the debtor I would inquire and contact her once I have answers. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/13/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | BM | 03/13/2025 | Review: Proof of Claim 25-50196-KMS JPMorgan Chase Bank, N.A. Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/13/2025 | Review: Proof of Claim 25-50196-KMS American Express National Bank Document # 6 | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/14/2025 | Review and respond to email memo: Reviewed email memo from JC stating to email the Trustee's office with the debtors reason and inquire if the debtor can continue to pay direct. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/14/2025 | Review: Proof of Claim 25-50196-KMS Discover Bank Document # 9 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/14/2025 | Review: Proof of Claim 25-50196-KMS Internal Revenue Servi Document # 8 | 0.20 | $250.00 | $50.00 |
| Service | JC | 03/17/2025 | Contact Debtor (Text/Email): Reviewed IRS POC; reviewed 2020, 2022, and 2023 tax returns; reduced to only what is needed to send to IRS; drafted e-mail to both debtors attached tax returns to obtain their signatures to be sent to the IRS to amend their POC. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/17/2025 | Reviewed Application for Compensation returned undeliverable | 0.10 | $155.00 | $15.50 |

Invoice # 8114 - 07/21/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | by US Mail; drafted e-mail to debtors attaching same. |  |  |  |
| Service | JC | 03/17/2025 | Reviewed new address submitted by debtors; reviewed contact information in case file and added new address; reviewed Pacer for address on file; drafted Notice of Change of Address; prepared for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/17/2025 | Chat correspondence with BB regarding updating contact information immediately when debtors provide change of address and creating task for paralegal to file Notice of Change of Address. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from wife informing they mailed in their tax returns on of before March 4th and inquiring and they still needed to sign and return to me; drafted reply requested they sign a copy of what they filed with the IRS and send to me so I can send to the IRS so the POC can be amended. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/17/2025 | Reviewed signed 2020, 2022, and 2023 tax returns submitted via e-mails by debtors; reviewed IRS POC for BK Specialist; drafted e-mail to L. Garcia Casellas attaching tax returns and requesting she amend the POC. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/17/2025 | Contact Debtor (Text/Email): Reviewed Trustee's website for contact information for debtors case admin. Drafted email to Trustee's office to inquire if debtors are able to continue making their plan payments direct. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/18/2025 | Contact Debtor (Text/Email): Reviewed email reply from the Trustee's office stating the debtor can continue to pay directly but if they fall behind on their payments, the Trustee will require a wage order. Drafted text to debtor informing him of this. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/19/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information to both debtors for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |

Invoice # 8114 - 07/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 03/19/2025 | Drafted follow-up e-mail to L. Garcia Casellas regarding amended IRS POC. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/19/2025 | Reviewed e-mail from IRS case admin informing the claim was amended and should appear on Pacer in about 24-48 hours. | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/19/2025 | Review: Proof of Claim 25-50196-KMS JPMorgan Chase Bank, N.A. Document # 10 | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/19/2025 | Review: Proof of Claim 25-50196-KMS JPMorgan Chase Bank, N.A. Document # 11 | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/20/2025 | Contact Debtor (Text/Email): Reviewed text messages from debtors inquiring if 341 time is central time and inquiring why the Zoom link was not e-mail to them, stating now they have to do it from their phones; drafted reply informing the time is central time and informing that I will e-mail the link; drafted e-mails to both debtors sending the Zoom link. | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/20/2025 | Ch 13 Meeting of Creditors David Rawlings | 0.70 | $250.00 | $175.00 |
| Service | JC | 03/21/2025 | Reviewed docket to verify that IRS POC has been amended. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-50196-KMS GreenSky Inc. Document # 13 | 0.10 | $250.00 | $25.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-50196-KMS Department of Treasury - Internal Revenue Service Document # Amended 8 | 0.20 | $250.00 | $50.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-50196-KMS Mississippi Department of Revenue Document # 12 | 0.20 | $250.00 | $50.00 |
| Service | JC | 03/24/2025 | Reviewed Amended IRS POC; drafted e-mail to JAC for clarification on what unsecured (general or priority or both) will be paid by percentage through BK plan. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/24/2025 | review & respond to email from JC re: taxes | 0.10 | $250.00 | $25.00 |
| Service | JC | 03/24/2025 | Reviewed Navient POC; reviewed | 0.20 | $155.00 | $31.00 |

|         |     |            |                                                                                                                                                                                                                      |      |          |          |
|---------|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |     |            | Plan; drafted e-mail to TR attaching same and inquiring how much of debtors' student loans are going to be covered and when should they start paying on them.                                                        |      |          |          |
| Service | CO  | 03/24/2025 | Contact Debtor (Text/Email): Prepared amended plan for debtors to sign. Drafted email to both debtors to review the amended plan and sign so we can file with the court.                                             | 0.20 | $100.00  | $20.00   |
| Service | BM  | 03/24/2025 | Review: Proof of Claim 25-50196-KMS BMO Bank N.A. Document # 14                                                                                                                                                      | 0.10 | $155.00  | $15.50   |
| Service | CO  | 03/25/2025 | Reviewed signed amended plan from debtor. Revised amended plan with all signatures in best case.                                                                                                                     | 0.10 | $0.00    | $0.00    |
| Service | JC  | 03/25/2025 | Reviewed Amended Plan executed by debtors; drafted Notice of modified plan; drafted memo to JAC attaching same for her review.                                                                                       | 0.20 | $155.00  | $31.00   |
| Service | BB  | 03/25/2025 | Call Debtor: Reviewed email memo stating the answer to the debtors question about her student loans. Phone conference with debtor informing her of the attorneys answer to her question.                             | 0.10 | $100.00  | $10.00   |
| Service | JAC | 03/25/2025 | review & approve drafted notice prepared by JC                                                                                                                                                                       | 0.10 | $250.00  | $25.00   |
| Service | JC  | 03/26/2025 | Reviewed memo from JAC regarding Notice of Modified Plan; revised Notice; converted Notice and Amended Plan to pdf and merged as one document; prepared same for upload to CertificateofService.com adding names and addresses for additional notice parties. | 0.10 | $0.00    | $0.00    |
| Service | JC  | 03/26/2025 | Call Debtor: Reviewed Amended IRS POC; called debtors, left voicemail, drafted e-mail informing they will still owe unsecured taxes once their case is completed.                                                    | 0.10 | $155.00  | $15.50   |
| Service | JC  | 03/27/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court.                                          | 0.10 | $155.00  | $15.50   |
| Service | JC  | 03/27/2025 | Contact Debtor (Text/Email):                                                                                                                                                                                         | 0.10 | $155.00  | $15.50   |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed e-mail from debtors inquiring how much of their unsecured tax will they owe; reviewed docket, case not yet confirmed; drafted reply informing we will not know until their case is confirmed, but that it will pay at a percentage the same as all of their other unsecured debts. | | | |
| Service | JC | 04/01/2025 | Reviewed e-mail from BK Court informing top margin needed to be adjusted on Order for docket number 20; revised margin; prepared for upload to the Court. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 04/04/2025 | Review: 25-50196-KMS Minute Entry (CHAP) Document# 27 | 0.10 | $250.00 | $25.00 |
| Service | JAC | 04/09/2025 | Review: 25-50196-KMS Order on Application for Compensation Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/24/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $250.00 | $50.00 |
| Service | TR | 05/09/2025 | Review and sign confirmation order by email | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/15/2025 | Review: 25-50196-KMS Order Confirming Chapter 13 Plan Document# 32 | 0.10 | $250.00 | $25.00 |
| Service | TR | 07/15/2025 | Review and revise itemizatoins | 0.20 | $250.00 | $50.00 |
| Service | JC | 07/21/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/21/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,166.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/12/2025 | Mailing Expense - 1st Fee Application - Difference in Estimate vs Actual Cost | 1.00 | $13.99 | $13.99 |

Invoice # 8114 - 07/21/2025

| | | | | | |
|---|---|---|---|---:|---:|
| Expense | 03/26/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $41.58 | $41.58 |
| Expense | 07/21/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $43.12 | $43.12 |
| | | | **Expenses Subtotal** | | **$98.69** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---:|---:|---:|
| Jennifer Curry Calvillo | Attorney | 1.3 | $250.00 | $325.00 |
| Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.9 | $250.00 | $225.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Jacki Curry | Non-Attorney | 2.5 | $155.00 | $387.50 |
| Jacki Curry | Non-Attorney | 1.0 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.7 | $155.00 | $108.50 |
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,264.69** |
| | | | **Total** | **$1,264.69** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 7683 | 04/10/2025 | $2,305.25 | $0.00 | $2,305.25 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 8114 | 08/20/2025 | $1,264.69 | $0.00 | $1,264.69 |
| | | | **Outstanding Balance** | **$3,569.94** |
| | | | **Total Amount Outstanding** | **$3,569.94** |

7/21/25, 1:13 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  [4]  pages
   Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  [28]  parties
   This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  [2]
   We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  [1]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

56

| | |
|---|---|
| Date and Time: | Mon Jul 21 2025 13:13:01 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 112 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                   21.28 |
| Postage Cost: | $                                   21.84 |
| Total Cost: | $                     43.120000000000005 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED