**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Justin Ryan Kelley | Case No. 25-50196-KMS |
| Heather Lynn Kelley, Debtors | CHAPTER 13 |

**ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.**

THIS CAUSE having come on for consideration of the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #_____] (the "Application") filed herein by counsel for the Debtors, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $1,166.00 and expenses in the amount of $98.69 for a total of $1,264.69. The Trustee shall disburse an additional $1,264.69 to Thomas C. Rollins, Jr. as an administrative expense.  The Trustee may adjust the wage order as necessary.  The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533